```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/13/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO PERALTA,

    Plaintiff,

-against-

86/2 RESTAURANT LLC, et al.,

    Defendants.

25-CV-04241 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In its Order Scheduling Settlement Conference, issued on October 9, 2025 (Sched. Order) (Dkt. 31), this Court scheduled an in-person settlement conference for November 19, 2025, and directed the parties, to "conduct at least one good-faith settlement discussion, in person or by telephone," during which each party was required to "convey to each opposing party at least one good-faith settlement demand or offer[.]" Sched. Order ¶ 2. The Court cautioned that "[p]ast settlement negotiations may not be relied upon to satisfy this requirement." *Id*. The parties were then required to submit confidential settlement letters to chambers by email, including "[a] brief description of settlement negotiations to date, including the date and time of the parties' last good-faith settlement discussion and the terms of each party's most recent demand or offer." *Id*. ¶ 3(a).

    The Court has reviewed the parties' confidential settlement letters, which do not indicate that the parties met and conferred in person or by telephone since October 9, 2025, nor do the letters demonstrate that the parties exchanged new settlement demands and offers since October 9, 2025. Consequently, it is hereby ORDERED that the parties promptly conduct the required settlement discussion, in good faith, and exchange at least one fresh settlement demand and offer. It is further ORDERED that, no later than the close of business on **November 18, 2025**, parties must submit a *joint* confidential settlement update letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, confirming that they have met and conferred as required, and advising the Court of their current settlement positions.

Dated: New York, New York
       November 13, 2025

                                                          _____
                                                          **BARBARA MOSES**
                                                          **United States Magistrate Judge**