**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED: 11/18/2025**

# WARSHAW BURSTEIN

Warshaw Burstein, LLP
575 Lexington Avenue
New York, NY 10022
(212) 984-7700

> Application GRANTED. The settlement conference previously scheduled for November 19, 2025, is hereby ADJOURNED to **January 7, 2026, at 2:15 p.m.** in Courtroom 20A, 500 Pearl Street, New York, NY 10007. The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 31 ¶¶ 3, 4), no later than **December 31, 2025**. All other provisions of the Court's October 9, 2025 Order Scheduling Settlement Conference (Dkt. 31) remain in effect. SO ORDERED.
>
> _____
> Barbara Moses, U.SM.J.
> November 18, 2025

November 18, 2025

Marc A. Lavaia, Esq.
Partner
Dir. (212) 984-7740
mlavaia@wbny.com

Hon. Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

> Re: Peralta v. Gracie's Diner
> Case No. 25-cv-04241 (JPO)

Dear Judge Moses:

    The parties have a mediation presently scheduled for tomorrow November 19, 2025 at 2:15pm. Unfortunately, my client was taken to the hospital today with a persistent stomach infection and will not be able to attend tomorrow. I have spoken to Plaintiff's counsel Vivianna Morales and she has agreed to an adjournment.

    After speaking to Ms. Kay earlier today regarding availability, I request that the mediation be adjourned to January 6th, January 7th or January 8th. Ms. Morales has agreed to either of those dates.

    As an aside, myself and Ms. Morales over the last several weeks have been discussing settlement and have made additional offers.

    Thank you for your consideration.

Best,

*Marc Lavaia*

Marc A. Lavaia

Page | 1