UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

JULIO PERALTA,

                          Plaintiff,

            -against-

86/2 RESTAURANT LLC d/b/a GRACIE'S
DINER, T&S RESTAURANT LLC d/b/a
GRACIE'S ON 2ND AVE., ANASTASIOS
KATSAROS, and STAVROS NIKOLAKAKOS,

                          Defendants.

———————————————————————————X

25 Civ. 04241 (JPO)

JUDGMENT

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68

having been filed by Plaintiff on February 17, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of

Plaintiff Julio Peralta and against Defendants 86/2 Restaurant LLC d/b/a Gracie's Diner,

T&S Restaurant LLC d/b/a Gracie's On 2nd Ave., Anastasios Katsaros, and Stavros

Nikolakakos, jointly and severally, in the amount of $56,500, inclusive of attorneys' fees

and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: February 18, 2026
New York, New York

So Ordered:

_____
J. PAUL OETKEN
United States District Judge